# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSIE HATUEY,<br><br>    **Plaintiff,**<br> v.<br><br>EOS CCA<br><br>    **Defendant.** | )<br>)<br>)<br>)<br>) **Case No.: 1:16-cv-12499-NMG**<br>)<br>)<br>)<br>) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without each party to bear its own costs and fees.

| | |
|---|---|
| */s /Andrew M. Schneiderman* | */s/ Craig Thor Kimmel* |
| Andrew M. Schneiderman, Esq. | Craig Thor Kimmel, Esq. |
| Hinshaw & Culbertson LLP | Kimmel & Silverman, P.C. |
| 28 State Street | 30 East Butler Pike |
| 24th Floor | Ambler, PA 19002 |
| Boston, MA 02109 | Phone: 215-540-8888 |
| 617-213-7000 | Fax: 877-788-2864 |
| Fax: 617-213-7001 | Email: kimmel@creditlaw.com |
| Email: aschneiderman@hinshawlaw.com | Attorney for Plaintiff |
| Attorney for the Defendant | |
| | Date: July 19, 2017 |
| Date: July 19, 2017 | |

BY THE COURT:

_____
            J.

**Certificate of Service**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 19th day of July, 2017:

Andrew M. Schneiderman, Esq.
Hinshaw & Culbertson LLP
28 State Street
24th Floor
Boston, MA 02109
617-213-7000
Fax: 617-213-7001
Email: aschneiderman@hinshawlaw.com

*/s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 877-788-2864
Email: kimmel@creditlaw.com
Attorney for the Plaintiff